IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TREMONT REALTY CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> PINNACLE GROUP, LLC, ADAMS CANYON RANCH, LLC, JOHN LANG, and MICHAEL GRADY, <br><br> Defendants. | Civil Action No. _____ |

### CORPORATE DISCLOSURE STATEMENT OF TREMONT REALTY CAPITAL, INC.

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, and Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Tremont Realty Capital, Inc. ("Tremont") hereby states that (1) Tremont does not have a corporate parent, and (2) no publicly-held corporation owns 10% or more of Tremont's stock

Respectfully submitted,

TREMONT REALTY CAPITAL, INC.

By its attorneys,

_____
James M. Wodarski, BBO# 627036
David Hadas, BBO #641294
Mintz, Levin, Cohn, Ferris,
 Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

Dated: August 25, 2004

LIT 1475923v1