IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TREMONT REALTY CAPITAL, INC.,

Plaintiff,

v.

PINNACLE GROUP, LLC, ADAMS CANYON RANCH, LLC, JOHN LANG, and MICHAEL GRADY,

Defendants.

Civil Action No. 04-11853-RGS

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

It is hereby stipulated and agreed by and between plaintiff Tremont Realty Capital, Inc. ("Tremont") and defendants Pinnacle Group, LLC, Adams Canyon Ranch, LLC, John Lang, and Michael Grady (collectively, the "Defendants") that Tremont shall have an extension of time, up to and including December 3, 2004, within which to respond to the Defendants' Motion to Dismiss which was filed with this Court on October 15, 2004.

TREMONT REALTY CAPITAL, INC.

By its attorneys,

/s/ James M. Wodarski
James M. Wodarski, BBO # 627036
David Hadas, BBO # 641294
Mintz, Levin, Cohn, Ferris,
  Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

PINNACLE GROUP, LLC, ADAMS CANYON RANCH, LLC, JOHN LANG, MICHAEL GRADY

By their attorneys,

/s/ William J. Hunt
William J. Hunt, BBO # 244720
Armando J. Acosta, BBO # 648242
Clark Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

Dated: November 12, 2004

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TREMONT REALTY CAPITAL, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>PINNACLE GROUP, LLC, ADAMS CANYON RANCH, LLC, JOHN LANG, and MICHAEL GRADY,<br><br>  Defendants. | Civil Action No. 04-11853-RGS |

## CERTIFICATE OF SERVICE

I, David Hadas, hereby certify that on the 12th day of November, 2004, I caused the attached *Stipulation For Extension Of Time To Respond To Motion To Dismiss* to be served by first class mail on the parties listed below.

> William J. Hunt, Esq.
> Clark Hunt & Embry
> 55 Cambridge Parkway
> Cambridge, MA  02142

Dated: November 12, 2004

_____
David Hadas

LIT 1488844v1