UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**TREMONT REALTY CAPITAL,**
**INC.**

        **V.**                              **CIVIL ACTIN NO. 04-11853-RGS**

**PINNACLE GROUP, LLC, ET AL**

# NOTICE OF HEARING

**STEARNS, DJ.**                                             **JANUARY 11, 2005**

    **A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY**

**SCHEDULED FOR:**

    **WEDNESDAY, FEBRUARY 16, 2005 AT 2:30 P.M.**

**BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7**$^{TH}$ **FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.**

    **SO ORDERED.**

                                          **RICHARD G. STEARNS**
                                          **UNITED STATES DISTRICT JUDGE**

                **BY:**
                            **/s/ Mary H. Johnson**
                              **Deputy clerk**

*To Be Heard: Deft's Motion to Dismiss, or to Transfer (#4).