UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| TREMONT REALTY CAPITAL, INC., )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>PINNACLE GROUP, LLC, ADAMS )<br>CANYON RANCH, LLC, JOHN LANG, )<br>and MICHAEL GRADY, )<br>    Defendants. )<br> ) | DOCKET NO. 04-11853-RGS |

### AFFIDAVIT OF ARMANDO J. ACOSTA

I, Armando J. Acosta, hereby depose and testify as follows:

1.    I am an attorney at law at the law firm of Clark, Hunt & Embry in Cambridge, Massachusetts. Clark, Hunt & Embry represents the above-named defendants, Pinnacle Development Group-Santa Paula, LLC, Adams Canyon Ranch, LLC, John Lang, and Michael Grady. In this capacity, I am familiar with the facts I am about to aver.

2.    On or about September 30, 2004, I went on the Internet and visited the plaintiff's website at http://www.tremontcapital.arvintech.com.

3.    On or about September 30, 2004, I printed out a mini-biography of Russell Posorske, as posted on the plaintiff's website under "key personnel." Attached to this Affidavit, as Exhibit 1, is a true and accurate copy of Mr. Posorske's mini-biography, as posted on the plaintiff's website.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 28th DAY OF JANUARY, 2005.

/s/ Armando Acosta
_____
Armando J. Acosta
B.B.O. No. 648242