**Russell L. Posorske**, Senior Director

Mr. Posorske joined Tremont in the spring of 2003. Mr. Posorske is responsible for originations in Tremont's Scottsdale, AZ office.

Prior to joining Tremont, Mr. Posorske was a founding partner of Fortis Advisors, where he was responsible for the origination of a multi-billion dollar pipeline of high-quality development and financing opportunities. Prior to Fortis, he served as the Director of Acquisitions for a private real estate firm based in Arizona where he implemented a program to invest over $500 million in transactions nationwide. Previous to Fortis, Mr. Posorske was President of the Corporate Impressions Group where he was recruited to direct the turnaround of a newly acquired company experiencing significant losses. To his credit, Mr. Posorske was able to bring the company to profitability within seven months. Before CIG, Mr. Posorske was the head of the international subsidiary of Lawson Products, prior to which he was the Manager of Lawson Products' International Subsidiary. Mr. Posorske is a graduate of the University of Illinois at Urbana-Champaign. Email Russ Posorske