UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| TREMONT REALTY CAPITAL, INC.,<br>    Plaintiff,<br><br>v.<br><br>PINNACLE GROUP, LLC, ADAMS<br>CANYON RANCH, LLC, JOHN LANG,<br>and MICHAEL GRADY,<br>    Defendants. | DOCKET NO. 04-11853-RGS |

## CERTIFICATE OF CONSULTATION

Counsel to the Defendants, Pinnacle Development Group-Santa Paula, LLC, Adams Canyon Ranch, LLC, John Lang, and Michael Grady hereby certify that, pursuant to Local Rule 7.1(A)(2) of this Court, counsel to the Defendants has conferred with all counsel for the parties, regarding the foregoing Defendants' Motion for Leave to File a Reply Brief to Plaintiff's Opposition to Its Motion to Dismiss.

Respectfully submitted,

**CLARK, HUNT & EMBRY**

/s/ Armando Acosta
―――――――――――――――――
William J. Hunt (BBO # 244720)
Armando J. Acosta (BBO # 648242)
55 Cambridge Parkway
Cambridge, MA  02142
B.B.O. No. 013365
(617) 494-1920