UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| TREMONT REALTY CAPITAL, INC.,<br>    Plaintiff,<br><br>v.<br><br>PINNACLE GROUP, LLC, ADAMS<br>CANYON RANCH, LLC, JOHN LANG,<br>and MICHAEL GRADY,<br>    Defendants. | DOCKET NO. 04-11853-RGS |

**STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

It is hereby stipulated and agreed by and between plaintiff Tremont Realty Capital, Inc. ("Tremont") and defendants Pinnacle Group, LLC, Adams Canyon Ranch, LLC, John Lang, and Michael Grady (collectively the "Defendants") that Defendants shall have an extension of time, up to and including March 30, 2005 within which to answer the Plaintiff's Complaint.

| TREMONT REALTY CAPITAL, INC. | PINNACLE GROUP, LLC, ADAMS CANYON RANCH, LLC, JOHN LANG, MICHAEL GRADY |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/ James M. Wodarski | /s/ William J. Hunt |
| James M. Wodarski, BBO #627036<br>David Hadas, BBO #641294<br>Mintz, Levin, Cohn, Ferris,<br>  Glovsky and Popeo, P.C.<br>One Financial Center<br>(617) 542-6000 | William J. Hunt (BBO #244720)<br>Armando J. Acosta (BBO #648242)<br>Clark Hunt & Embry<br>55 Cambridge Parkway<br>Cambridge, MA 02142<br>(617) 494-1920 |

Dated: March 16, 2005