## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TREMONT REALTY CAPITAL, INC., a Massachusetts Corporation,<br>    Plaintiff,<br><br>v.<br><br>PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, John Lang, an individual; and Michael Grady, an individual,<br>    Defendants<br>and<br><hr><br>PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, John Lang, an individual; and Michael Grady, an individual,<br>    Counterclaimants,<br><br>v.<br><br>TREMONT REALTY CAPITAL, INC., a Massachusetts Corporation,<br>    Counter-Defendant,<br>and<br><hr><br>PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, John Lang, an individual; and Michael Grady, an individual,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>FORTIS ADVISORS, LLC, an Arizona limited liability company,<br>RUSSELL POSORSKE, an individual;<br>RICHARD C. GALLITTO, an individual;<br>DANIEL O. MEE, an individual,<br>    Third-Party Defendants. | Case No. 04-11853-RGS<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the 30th day of March, 2005, a courtesy copy of the following documents were served, by first class mail, upon plaintiff's attorneys, James M. Wodarski, Esq., and Michael S. Day, Esq., Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C., 1 Financial Center, Boston, MA 02111:

1. Answer & Counterclaim; and
2. Third-Party Complaint.

                                              Respectfully Submitted,

                                              /s/ William J. Hunt
                                              _____
                                              William J. Hunt (BBO #244720)
                                              Armando J. Acosta (BBO #648242)
                                              Clark Hunt & Embry
                                              55 Cambridge Parkway
                                              Cambridge, MA 02142
                                              (617) 494-1920

Dated: March 30, 2005