## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TREMONT REALTY CAPITAL, INC., a Massachusetts Corporation,<br>    Plaintiff,<br><br>v.<br><br>PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, John Lang, an individual; and Michael Grady, an individual,<br>    Defendants<br>and<br>_____<br><br>PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, John Lang, an individual; and Michael Grady, an individual,<br>    Counterclaimants,<br><br>v.<br><br>TREMONT REALTY CAPITAL, INC., a Massachusetts Corporation,<br>    Counter-Defendant,<br>and<br>_____<br><br>PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, John Lang, an individual; and Michael Grady, an individual,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>FORTIS ADVISORS, LLC, an Arizona limited liability company,<br>RUSSELL POSORSKE, an individual;<br>RICHARD C. GALLITTO, an individual;<br>DANIEL O. MEE, an individual,<br>    Third-Party Defendants. | Case No. 04-11853-RGS<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the 15th day of April, 2005, a courtesy copy of the following documents were served, by first class mail, upon plaintiff's attorneys, James M. Wodarski, Esq., and Michael S. Day, Esq., Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C., 1 Financial Center, Boston, MA 02111:

1. Amended Answer & Counterclaim; and
2. First Amended Third-Party Complaint.

Respectfully Submitted,

/s/ William J. Hunt
_____
William J. Hunt (BBO #244720)
Armando J. Acosta (BBO #648242)
Clark Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

Dated: April 15, 2005