**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| TREMONT REALTY CAPITAL, INC., a Massachusetts Corporation,<br>    Plaintiff,<br><br>v.<br><br>PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, John Lang, an individual; and Michael Grady, an individual,<br>    Defendants<br>and<br><hr><br>PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, John Lang, an individual; and Michael Grady, an individual,<br>    Counterclaimants,<br><br>v.<br><br>TREMONT REALTY CAPITAL, INC., a Massachusetts Corporation,<br>    Counter-Defendant,<br>and<br><hr><br>PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, John Lang, an individual; and Michael Grady, an individual,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>FORTIS ADVISORS, LLC, an Arizona limited liability company; TREMONT-FORTIS REALTY CAPITAL, LLC, an unknown entity; RUSSELL POSORSKE, an individual; RICHARD C. GALLITTO, an individual; DANIEL O. MEE, an individual,<br>    Third-Party Defendants. | **Case No. 04-11853-RGS**<br><br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, COUNTERCLAIMANT, AND THIRD-PARTY PLAINTIFF, ADAMS CANYON RANCH, LLC** |

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts and Fed. R. Civ. P. 7.1, the Defendant, Counterclaimant, and Third-Party Plaintiff Adams Canyon Ranch, LLC ("ACR"), an Arizona limited liability company, hereby states that (i) ACR does not have a corporate parent; and (ii) no publicly-owned corporation owns 10% or more of ACR's stock.

Respectfully Submitted,

/s/ *Armando J. Acosta*
William J. Hunt (BBO #244720)
Armando J. Acosta (BBO #648242)
**Clark Hunt & Embry**
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

Dated: April 28, 2005

CERTIFICATE OF SERVICE

I hereby certify on the 29th day of April, 2005, a courtesy copy of the above document was served, by first class mail, upon plaintiff's attorneys, James M. Wodarski, Esq. and Michael S. Day, Esq., Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C., 1 Financial Center, Boston, MA 02111.

/s/ *Armando J. Acosta*