IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TREMONT REALTY CAPITAL, INC., <br><br>  Plaintiff, <br><br>v. <br><br>PINNACLE GROUP, LLC, ADAMS CANYON RANCH, LLC, JOHN LANG, and MICHAEL GRADY, <br><br>  Defendants. <br><br>and <br><br>PINNACLE GROUP, LLC, ADAMS CANYON RANCH, LLC, JOHN LANG, and MICHAEL GRADY, <br><br>  Counterclaim Plaintiffs, <br><br>v. <br><br>TREMONT REALTY CAPITAL, Inc., <br><br>  Counterclaim Defendants. | Civil Action No. 04-11853-RGS |

**STIPULATION FOR EXTENSION OF TIME TO ANSWER
FIRST AMENDED COUNTERCLAIM**

Counterclaim Defendants Tremont Realty Capital, Inc. ("Tremont") and Counterclaim Plaintiffs Pinnacle Group, LLC, Adams Canyon Ranch, LLC, John Lang and Michael Grady (collectively the "Pinnacle parties") hereby stipulate and agree that

LIT 1518874v.1

Tremont shall have an extension of time, up to and including May 13, 2005 within which to answer the Pinnacle parties' First Amended Counterclaim.

| TREMONT REALTY CAPITAL, Inc. | PINNACLE GROUP, LLC, ADAMS CANYON RANCH, LLC, JOHN LANG, MICHAEL GRADY |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/ Michael S. Day | /s/ Armando J. Acosta |
| James M. Wodarski, BBO #627036<br>Michael S. Day, BBO #656247<br>Mintz, Levin, Cohn, Ferris,<br> Glovsky & Popeo, P.C.<br>One Financial Center<br>Boston, MA  02111<br>(617) 542-6000 | William J. Hunt, BBO #244720<br>Armando J. Acosta, BBO #648242<br>Clark Hunt & Embry<br>55 Cambridge Parkway<br>Cambridge, MA  02142<br>(617) 494-1920 |

Dated: May 4, 2005