UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TREMONT REALTY CAPITAL, INC., a Massachusetts Corporation,<br>    Plaintiff,<br><br>v.<br><br>PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, JOHN LANG, an individual; and MICHAEL GRADY, an individual,<br>    Defendants<br>and<br>_____<br><br>PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, JOHN LANG, an individual; and MICHAEL GRADY, an individual,<br>    Counterclaimants,<br><br>v.<br><br>TREMONT REALTY CAPITAL, INC., a Massachusetts Corporation,<br>    Counter-Defendant,<br>and<br>_____<br><br>PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, JOHN LANG, an individual; and MICHAEL GRADY, an individual,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>FORTIS ADVISORS, LLC, an Arizona limited liability company; TREMONT-FORTIS REALTY CAPITAL, LLC, an unknown entity; RUSSELL POSORSKE, an individual; RICHARD C. GALLITTO, an individual; DANIEL O. MEE, an individual,<br>    Third-Party Defendants. | Case No.  04-11853-RGS<br><br><br><br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO TREMONT REALTY CAPITAL, INC.'S MOTION TO DISMISS COUNTS I, II, III AND VI OF THE FIRST AMENDED COUNTERCLAIM** |

Counterclaim plaintiffs Pinnacle Group, LLC, Adams Canyon Ranch, LLC, John Lang, and Michael Grady (hereinafter collectively referred to as the "Pinnacle Parties")

and counterclaim defendant Tremont Realty Capital, Inc. (hereinafter "Tremont") hereby stipulate and agree that the Pinnacle Parties shall have an extension of time, up to and including June 10, 2005, within which to respond to Tremont's Motion to Dismiss Counts I, II, III and VI of the First Amended Counterclaim.

Respectfully Submitted,

| PINNACLE GROUP, LLC,<br>ADAMS CANYON RANCH, LLC,<br>JOHN LANG, and MICHAEL GRADY, | TREMONT REALTY CAPITAL, INC. |
|---|---|
| /s/ *Armando J. Acosta* | /s/ *Michael S. Day* |
| William J. Hunt (BBO #244720)<br>Armando J. Acosta (BBO #648242)<br>**Clark Hunt & Embry**<br>55 Cambridge Parkway<br>Cambridge, MA 02142<br>(617) 494-1920 | James M. Wodarski (BBO #627036)<br>Michael S. Day (BBO #656247)<br>**Mintz, Levin, Cohn, Ferris,**<br>    **Glovsky & Popeo, P.C.**<br>One Financial Center<br>Boston, MA 02111<br>(617) 542-6000 |

Dated: May 24, 2005