IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TREMONT REALTY CAPITAL, INC.,<br><br>　Plaintiff,<br>v.<br><br>PINNACLE GROUP, LLC, ADAMS CANYON RANCH, LLC, JOHN LANG, and MICHAEL GRADY,<br><br>　Defendants.<br>and<br><br>PINNACLE GROUP, LLC, ADAMS CANYON RANCH, LLC, JOHN LANG, and MICHAEL GRADY,<br><br>　Counterclaim Plaintiffs,<br>v.<br><br>TREMONT REALTY CAPITAL, INC.,<br><br>　Counterclaim Defendant.<br>and<br><br>PINNACLE GROUP, LLC, ADAMS CANYON RANCH, LLC, JOHN LANG, and MICHAEL GRADY,<br><br>　Third-Party Plaintiffs,<br>v.<br><br>FORTIS ADVISORS, LLC, TREMONT-FORTIS REALTY CAPITAL, LLC, RUSSELL POSORSKE, RICHARD C. GALLITTO AND DANIEL O. MEE<br><br>　Third-Party Defendants. | Civil Action No. 04-11853-RGS |

## THE THIRD PARTY DEFENDANTS' MOTION TO DISMISS
## THE FIRST AMENDED THIRD-PARTY COMPLAINT

In accordance with Fed. R. Civ. P. 9(b), third-party defendants Fortis Advisors, LLC ("Fortis"), Tremont-Fortis Realty Capital, LLC ("Tremont-Fortis"), Russell Posorske ("Posorske"), Richard C. Gallitto ("Gallitto") and Daniel O. Mee ("Mee") (collectively the "Third-Party Defendants") move to dismiss the First Amended Third-Party Complaint, dated April 15, 2005.  This complaint rests upon fraud-based causes of action that are not supported by any allegations sufficient to meet the heightened pleading standards under Rule 9(b).  Specifically, the Third-Party Complaint makes no allegations concerning who made any of the allegedly fraudulent representations, when they were allegedly made, or to whom they were allegedly made.  Similarly, the Third-Party Complaint is devoid of any allegation that attempts to explain why these representations, if they were made, could be construed as fraudulent.  As such, these causes of action are legally deficient, and should be dismissed.  This motion is supported by a contemporaneously filed memorandum of law.

Wherefore, the Third-Party Defendants respectfully ask that this Court dismiss the First Amended Third-Party Complaint.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the Third-Party Defendants respectfully request a hearing on its motion to dismiss, to be held in conjunction with a hearing on Tremont's Motion To Dismiss Counts I, II, III and VI Of The First Amended Counterclaim.

        FORTIS ADVISORS, LLC,
        TREMONT-FORTIS REALTY CAPITAL, LLC,
        RUSSELL POSORSKE,
        RICHARD C. GALLITTO AND
        DANIEL O. MEE

        By their attorneys,

        ___/S/_ Michael S. Day_____
        James M. Wodarski, BBO# 627036
        Michael S. Day, BBO # 656247
        Joseph V. Cavanagh, BBO # 657671
        Mintz, Levin, Cohn, Ferris, Glovsky
          and Popeo, P.C.
        One Financial Center
        Boston, MA  02111
        (617) 542-6000

Dated:  June 20, 2005

## Rule 7.1(A)(2) Certification

      Pursuant to Local Rule 7.1(A)(2), counsel for the Third-Party Defendants certify that they have conferred with counsel for the Third Party Plaintiffs and attempted in good faith to resolve the issues surrounding the Third Party Plaintiffs' claims.

        ___/s/ Michael S. Day_____
        Michael S. Day

## Certificate of Service

      I certify that on this day I caused a true copy of this motion and accompanying memorandum to be served on the Third-Party Plaintiff's counsel of record, William J. Hunt, Clark, Hunt & Emery, 55 Cambridge Parkway, Cambridge, Massachusetts 02142, by first class mail.

Dated:  June 20, 2005        _/s/ Michael S. Day_____
                                       Michael S. Day