UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TREMONT REALTY CAPITAL, INC., a Massachusetts Corporation,<br>    Plaintiff,<br><br>v.<br><br>PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, JOHN LANG, an individual; and MICHAEL GRADY, an individual,<br>    Defendants<br>and<br><br>PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, JOHN LANG, an individual; and MICHAEL GRADY, an individual,<br>    Counterclaimants,<br><br>v.<br><br>TREMONT REALTY CAPITAL, INC., a Massachusetts Corporation,<br>    Counter-Defendant,<br>and<br><br>PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, JOHN LANG, an individual; and MICHAEL GRADY, an individual,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>FORTIS ADVISORS, LLC, an Arizona limited liability company; TREMONT-FORTIS REALTY CAPITAL, LLC, an unknown entity; RUSSELL POSORSKE, an individual; RICHARD C. GALLITTO, an individual; DANIEL O. MEE, an individual,<br>    Third-Party Defendants. | Case No.  04-11853-RGS<br><br><br>**MOTION FOR LEAVE TO ADMIT, *PRO HAC VICE*, JOHN R. POLITAN TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS** |

Pursuant to Local Rule 83.5.3, now comes William J. Hunt, counsel for the Defendants, Counterclaimants, and Third-Party Plaintiffs Pinnacle Group, LLC, Adams

Canyon Ranch, LLC, John Lang, and Michael Grady, and respectfully moves this Honorable Court for leave to admit, *pro hac vice*, John R. Politan, Esq., a member in good standing of the bar of the State of Arizona (as well as a member in good standing of other bars, as delineated in Attorney Politan's Certificate in support of this Motion) to appear and practice in this Court on behalf of Defendants, Counterclaimants, and Third-Party Plaintiffs, as Attorney Politan is their local counsel in Arizona. In support of this Motion, Attorney Hunt states the following:

1. Mr. Hunt is a member, in good standing, of the bars of the Commonwealth of Massachusetts, the State of Rhode Island, the Commonwealth of Pennsylvania (inactive), the Trust Territory of the Pacific Islands, the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the First Circuit;

2. Mr. Hunt has entered his appearance in this matter; and

3. Attached, in support of this Motion, is the certificate of John Politan.

WHEREFORE, the requisite fifty dollar ($50) fee having been paid, and Local Rule 83.5.3 having been abided by, William J. Hunt, hereby moves this Honorable Court for leave to admit John R. Politan, Esq. to this bar *pro hac vice*.

Respectfully Submitted,

/s/ William J. Hunt

William J. Hunt (BBO #244720)
Armando J. Acosta (BBO #648242)
**Clark Hunt & Embry**
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

Dated: June 21, 2005

## CERTIFICATE OF CONSULTATION

 Counsel to the Defendants, Counterclaimants, and Third-Party Plaintiffs Pinnacle Group, LLC, Adams Canyon Ranch, LLC, John Lang, and Michael Grady hereby certify that, pursuant to Local Rule 7.1(A)(2) of this Court, said counsel has conferred with all counsel for the parties, regarding the foregoing Motion for Leave to Admit *Pro Hac Vice*, John R. Politan to the Bar of the United States District Court for the District of Massachusetts.

/s/ William J. Hunt
_____
William J. Hunt