UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TREMONT REALTY CAPITAL, INC., a Massachusetts Corporation,
    Plaintiff,

v.

PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, JOHN LANG, an individual; and MICHAEL GRADY, an individual,
    Defendants
and

---

PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, JOHN LANG, an individual; and MICHAEL GRADY, an individual,
    Counterclaimants,

v.

TREMONT REALTY CAPITAL, INC., a Massachusetts Corporation,
    Counter-Defendant,
and

---

PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, JOHN LANG, an individual; and MICHAEL GRADY, an individual,
    Third-Party Plaintiffs,

v.

FORTIS ADVISORS, LLC, an Arizona limited liability company; TREMONT-FORTIS REALTY CAPITAL, LLC, an unknown entity; RUSSELL POSORSKE, an individual; RICHARD C. GALLITTO, an individual; DANIEL O. MEE, an individual,
    Third-Party Defendants.

Case No. 04-11853-RGS

**CERTIFICATE OF JOHN R. POLITAN, ESQ. IN SUPPORT OF MOTION FOR LEAVE TO BE ADMITTED** *PRO HAC VICE*

    I, John R. Politan, hereby certify that:

    1.    I am a member of the bar of the State of Arizona (active); the State of

Indiana (inactive); and the State of Florida (inactive);

2. I am also a member of the bars of: (i) the United States Supreme Court; (ii) the United States Court of Appeals for the Fifth Circuit; (iii) the United States Court of Appeals for the Seventh Circuit; (iv) the United States Court of Appeals for the Ninth Circuit; (v) the United States District Court for the Southern District of Indiana; (vi) the United States District Court for the Southern District of Florida; and (vii) the United States District Court for the District of Arizona.

3. I am in good standing in every jurisdiction where I have been admitted to practice law;

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction to which I am admitted;

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts;

6. Even though I set up the third-party defendant, Fortis Advisors, LLC, as an Arizona limited liability company, and I am its statutory agent, my dealings with Fortis Advisors do not go beyond those roles; and

7. I have never represented third-party defendant, Fortis Advisors, LLC, in any business dealings with defendants, counterclaimants, and third-party plaintiffs Pinnacle Group, LLC, Adams Canyon Ranch, LLC, John Lang, and Michael Grady, or with any other business entity.

Respectfully Submitted,

_____
John R. Politan
**Politan & Associates**
6909 East Greenway Pkwy, Suite 245
Scottsdale, Arizona 85254-2173
(480) 991-9711

Dated:  May 31st, 2005