UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TREMONT REALTY CAPITAL, INC., a Massachusetts Corporation,<br>    Plaintiff,<br><br>v.<br><br>PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, John Lang, an individual; and MICHAEL GRADY, an individual,<br>    Defendants<br>and<br><hr><br>PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, JOHN LAND, an individual; and MICHAEL GRADY, an individual,<br>    Counterclaimants,<br><br>v.<br><br>TREMONT REALTY CAPITAL, INC., a Massachusetts Corporation,<br>    Counter-Defendant,<br>and<br><hr><br>PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, JOHN LAND, an individual; and MICHAEL GRADY, an individual,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>FORTIS ADVISORS, LLC, an Arizona limited liability company, TREMONT-FORTS REALTY CAPITAL, LLC, an unknown entity; RUSSELL POSORSKE, an individual; RICHARD C. GALLITTO, an individual; DANIEL O. MEE, an individual,<br>    Third-Party Defendants. | Case No. 04-11853-RGS<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the 21st day of June, 2005, a courtesy copy of the following documents were served, by first class mail, upon plaintiff's attorneys,

- 2 -

James M. Wodarski, Esq., and Michael S. Day, Esq., Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C., 1 Financial Center, Boston, MA 02111:

1. Motion for Leave to Admit, *Pro Hac Vice*, John R. Politan to the Bar of the United States District Court for the District of Massachusetts, together with a Certificate of Consultation;

2. Certificate of John R. Politan, Esq. in Support of Motion for Leave to be Admitted *Pro Hac Vice*; and

3. Certificate of Good Standing Issued by the Disciplinary Clerk for and on Behalf of the Supreme Court of Arizona of John Ray Politan.

Respectfully Submitted,

/s/ William J. Hunt
_____
William J. Hunt (BBO #244720)
Armando J. Acosta (BBO #648242)
**Clark Hunt & Embry**
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

Dated: June 21, 2005