UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

TREMONT REALTY CAPITAL, INC.

      V.                                CIVIL ACTION NO. 04-11853-RGS

PINNACLE GROUP, LLC

## NOTICE OF HEARING

STEARNS, DJ.                                                        JUNE 24, 2005

     A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

WEDNESDAY, AUGUST 3, 2005 AT 2:30 P.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

     SO ORDERED.

                                                      RICHARD G. STEARNS
                                                    UNITED STATES DISTRICT JUDGE

                BY:

                                /s/ Mary H. Johnson
                                 Deputy Clerk

*TO BE HEARD: Motions to Dismiss (#'s 30 and 38).