# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TREMONT REALTY CAPITAL, INC., a Massachusetts Corporation,<br>    Plaintiff,<br><br>v.<br><br>PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, John Lang, an individual; and Michael Grady, an individual,<br>    Defendants,<br>and<br>_____<br><br>PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, John Lang, an individual; and Michael Grady, an individual,<br>    Counterclaimants,<br><br>v.<br><br>TREMONT REALTY CAPITAL, INC., a Massachusetts Corporation,<br>    Counter-Defendant. | Case No. 04-11853-RGS<br><br>NOTICE OF WITHDRAWAL OF APPEARANCE |

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly enter my appearance as counsel for the defendatts/counterclaimants Pinnacle Group, LLC, Adams Canyon Ranch, LLC, John Lang and Michael Grady, with respect to the above-captioned matter.

    Respectfully submitted,

    /s/ *Michael B. Newman*
    _____
    Michael B. Newman (BBO #632222)
    **CLARK, HUNT & EMBRY**
    55 Cambridge Parkway
    Cambridge, MA 02142
    (617) 494-1920

Dated: August 3, 2005

<u>CERTIFICATE OF SERVICE</u>

It is my understanding that on this 3rd day of August, 2005, counsel for the parties to this action and counsel or representatives of the movants for intervention have been electronically served with this Notice.

/s/ *Michael B. Newman*
_____
Michael B. Newman