## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TREMONT REALTY CAPITAL, INC., a Massachusetts Corporation,<br>      Plaintiff,<br><br>v.<br><br>PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, John Lang, an individual; and Michael Grady, an individual,<br>      Defendants,<br>and<br><br>PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, John Lang, an individual; and Michael Grady, an individual,<br>      Counterclaimants,<br><br>v.<br><br>TREMONT REALTY CAPITAL, INC., a Massachusetts Corporation,<br>      Counter-Defendant. | Case No. 04-11853-RGS<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly withdraw my appearance as counsel for the defendants/counterclaimants Pinnacle Group, LLC, Adams Canyon Ranch, LLC, John Lang and Michael Grady, with respect to the above-captioned matter.

Respectfully submitted,

/s/ *Armando J. Acosta*

Armando J. Acosta (BBO #648242)
**CLARK, HUNT & EMBRY**
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

Dated: August 3, 2005

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2005, I caused copies of the foregoing document to be served on counsel to the parties to this action and on counsel or representatives of the movants for intervention by first class mail.

/s/ Armando J. Acosta
---
Armando J. Acosta