IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TREMONT REALTY CAPITAL, INC.,<br><br>     Plaintiff,<br>v.<br><br>PINNACLE GROUP, LLC, ADAMS CANYON RANCH, LLC, JOHN LANG, and MICHAEL GRADY,<br><br>     Defendants.<br>and<br><br>PINNACLE GROUP, LLC, ADAMS CANYON RANCH, LLC, JOHN LANG, and MICHAEL GRADY,<br><br>     Counterclaim Plaintiffs,<br>v.<br><br>TREMONT REALTY CAPITAL, INC.,<br><br>     Counterclaim Defendant.<br>and<br><br>PINNACLE GROUP, LLC, ADAMS CANYON RANCH, LLC, JOHN LANG, and MICHAEL GRADY,<br><br>     Third-Party Plaintiffs,<br>v.<br><br>FORTIS ADVISORS, LLC, TREMONT-FORTIS REALTY CAPITAL, LLC, RUSSELL POSORSKE, RICHARD C. GALLITTO AND DANIEL O. MEE<br><br>     Third-Party Defendants. | Civil Action No. 04-11853-RGS |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for plaintiff Tremont Realty Capital, Inc. and third-party defendants Fortis Advisors, LLC, Tremont-Fortis Realty Capital, LLC, Russell Posorske, Richard C. Gallitto and Daniel O. Mee.

                                              Respectfully submitted,

                                               /s/ Joseph V. Cavanagh_____
                      .                        Joseph V. Cavanagh, BBO# 657671
                                              Mintz, Levin, Cohn, Ferris, Glovsky
                                                 and Popeo, P.C.
                                               One Financial Center
                                             Boston, MA  02111
                                             Tel. (617) 542-6000

Dated: August 3, 2005

### Certificate of Service

I certify that on this day I caused a true copy of these Interrogatories to be served on the defendant's counsel, Michael Newman, Clark, Hunt & Emery, 55 Cambridge Parkway, Cambridge, Massachusetts 02142, by first class mail.

Dated:   August 3, 2005                 /s/ Joseph V. Cavanagh\_\_\_\_
                                         Joseph V. Cavanagh