**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| TREMONT REALTY CAPITAL, INC., a Massachusetts Corporation,<br>    Plaintiff,<br><br>v.<br><br>PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, John Lang, an individual; and MICHAEL GRADY, an individual,<br>    Defendants<br>and<br>_____<br><br>PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, JOHN LAND, an individual; and MICHAEL GRADY, an individual,<br>    Counterclaimants,<br><br>v.<br><br>TREMONT REALTY CAPITAL, INC., a Massachusetts Corporation,<br>    Counter-Defendant,<br>and<br>_____<br><br>PINNACLE GROUP, LLC, an Arizona limited liability company; ADAMS CANYON RANCH, LLC, an Arizona limited liability company, JOHN LAND, an individual; and MICHAEL GRADY, an individual,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>FORTIS ADVISORS, LLC, an Arizona limited liability company, TREMONT-FORTS REALTY CAPITAL, LLC, an unknown entity; RUSSELL POSORSKE, an individual; RICHARD C. GALLITTO, an individual; DANIEL O. MEE, an individual,<br>    Third-Party Defendants. | **Case No.  04-11853-RGS**<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Now come the third-party plaintiffs in the above-captioned matter and pursuant

to Fed. R. Civ. P. Rule 41(a)(1)(i), hereby dismiss Count IV of the Second Amended

- 2 -

Third-Party Complaint (asserting breach of contract claims).  This dismissal pertains only to Count IV of the Second Amended Third-Party Complaint.

        Respectfully Submitted,
        PINNACLE GROUP, LLC,
        ADAMS CANYON RANCH, LLC,
        JOHN LANG, and MICHAEL GRADY,

        */s/ Michael B. Newman*
        _____
        William J. Hunt (BBO #244720)
        Michael B. Newman (BBO #632222)
        **Clark Hunt & Embry**
        55 Cambridge Parkway
        Cambridge, MA 02142
        (617) 494-1920