IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TREMONT REALTY CAPITAL, INC.,<br><br>   Plaintiff and Counterclaim Defendants,<br>v.<br><br>PINNACLE GROUP, LLC, ADAMS CANYON RANCH, LLC, JOHN LANG, and MICHAEL GRADY,<br><br>   Defendants and Counterclaim Plaintiffs.<br>and<br><br>PINNACLE GROUP, LLC, ADAMS CANYON RANCH, LLC, JOHN LANG, and MICHAEL GRADY,<br><br>   Third-Party Plaintiffs,<br>v.<br><br>FORTIS ADVISORS, LLC, TREMONT-FORTIS REALTY CAPITAL, LLC, RUSSELL POSORSKE, RICHARD C. GALLITTO AND DANIEL O. MEE<br><br>   Third-Party Defendants. | Civil Action No. 04-11853-RGS |

**CORPORATE DISCLOSURE STATEMENT OF THIRD-PARTY DEFENDANT**
**<u>TREMONT-FORTIS REALTY CAPITAL, LLC</u>**

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, and Rule 7.1 of the Federal Rules of Civil Procedure, third-party defendant Tremont-Fortis Realty Capital, LLC ("Tremont-Fortis") hereby states that (1) Tremont-Fortis does not have a corporate parent, and (2) no publicly-held corporation owns 10% or more of Tremont-Fortis' stock.

LIT 1541553v.1

Respectfully submitted,

TREMONT-FORTIS
REALTY CAPITAL, LLC

By its attorneys,


/s/ Michael S. Day
James M. Wodarski, BBO# 627036
Michael S. Day, BBO # 656247
Joseph V. Cavanagh, BBO # 657671
Mintz, Levin, Cohn, Ferris, Glovsky
  and Popeo, P.C.
One Financial Center
Boston, MA  02111
(617) 542-6000

Dated:  September 16, 2005


### Certificate of Service

I hereby certify that on this day, I caused a true and accurate copy of the foregoing document to be served upon William J. Hunt, Clark, Hunt & Emery, 55 Cambridge Parkway, Cambridge, Massachusetts 02142, by complying with this Court's Administrative Procedures for Electronic Case Filing.

Dated:  September 16, 2005                    /s/ Michael S. Day
                                              Michael S. Day

LIT 1541550v.1